IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOHN ALLEN HECKER**  **PLAINTIFF**
*ADC #11855*

v.     CASE NO. 4:22-CV-01224-BSM

**JEREMY ANDREWS**, *et al.*  **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 17th day of April, 2023.

_____
UNITED STATES DISTRICT JUDGE